UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FREDDIE KIDD, SR.**<br>    **LA. DOC #554828** | **CIVIL ACTION NO. 13-1493** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN TIM KEITH** | **MAG. JUDGE KAREN HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No. 1] is hereby **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 5th day of February, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE